# Court of Appeals
# of the State of Georgia

ATLANTA, December 27, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0159. JAHABERRI YOUHOING NANAN v. THE STATE.**

Proceeding pro se, Jahaberri Youhoing Nanan has filed this discretionary application in which he seeks to appeal his conviction for improper lane change. Ordinarily, this Court would grant Nanan's application under OCGA § 5-6-35 (j) because a criminal conviction may be directly appealed and no application is required. See, e. g., *Brown v. State*, 351 Ga. App. 808 (833 SE2d 302) (2019). In this case, however, Nanan has also filed a notice of appeal of his conviction; this Court has docketed that appeal as Case No. A25A0870. Because this matter appears to be duplicative of Case No. A25A0870, this application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/27/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*